Knut S. Johnson (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
655 West Broadway, Suite 900
San Diego, California 92101
(619) 232-7080
knut@knutjohnson.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORBERTO ENRIQUE MURIEL CASTRILLON (9),<br><br>Defendant. | Case No.: 19-cr-01610-GPC<br><br>Defendant's Supplemental Letters in Support of Sentencing<br><br>April 11, 2023, 10:00 a.m. |

I.  Introduction

Mr. Muriel asks this Court to consider the attached letters:

Pages 1- 2: From Mr. Muriel's mother;

Pages 3-6: From Mr. Muriel's wife (under seal)

Page 7: Mr. Muriel's aunt.

II.  Conclusion

Mr. Muriel asks for a time-served (roughly 58-month) sentence.

Dated: April 10, 2023                         Respectfully submitted,

                                              */s/ Knut Johnson*

                                              Knut S. Johnson
                                              Attorney for Mr. Muriel


19-cr-01610-GPC