Medellin, December 2022

Honorable Judge GONZALO P. CURIEL

Respected Mr. Judge, in advance I sent you a cordial greeting wishing you a lot of health and blessings for you and your whole family.

I am Rosa Mery Castrillón identified with citizenship card No. 32.478.851 from Chinchiná Caldas, I have just turned 72 years old, mother of the present here and through this letter I want to express not only the pain and suffering of a mother but also the feeling and anguish of all my family. My son has been in prison for 46 months, in February 2019 when he was on vacation with his wife in Los Angeles, United States, the authorities of his country detained him and he immediately recognized the bad decisions he had made. he made himself available to the authorities, cooperating and keeping several appointments in other cities because the agents asked him to do so, he never hid, nor did he run away, he was always attentive to the calls that were made to him, I know that my son's repentance is sincere and that from that first moment he was willing to cooperate and pay for the damage he had caused, my son, without knowing how serious the problem was, not only put his life in danger but also that of his children, wife, mine as his mother and the of all his family. I confess and write to you about this terrible situation because every appointment that my son attended because the agents of his country summoned him to another city, he said goodbye to us and told us not to worry, if he did not come back and they would leave him in jail, with a lot of pain and sadness gave us strength so that we did not suffer, but he confessed to me that the best thing was to pay and solve the damage he had caused and these farewells were not once but several times, which was and he showed up at the appointments that the agents before the day they captured him.

And due to my serious health condition, my age and distance it has been impossible to be by my son's side supporting him as every mother should do. I am a country woman, humble and I never had the opportunity to give my children a good education and a good upbringing. I was a single mother with four children, but I always fought to give them the best of me and to ensure that we survived together as a family, the bad decisions of my children despite the years are my upbringing and teaching mistakes as a mother, for this I ask forgive God every day.

I was hospitalized in intensive care because I got Covid 19, I was very serious and I asked God a lot for me to recover and be able to hug my son again, my son, despite his mistakes, is not the bad person they pretend to be, he is an excellent son that from a very young age he left his dreams of studying to start working just to be able to take care of me and his brothers by giving us food, decent housing and taking care of all my health problems. We've been paying rent all our lives and we've never owned a house of our own. He has given us everything, not only to me as a mother, but also to his children, siblings, and even his aunt and nephew, as an excellent son and giving the best example as a father, husband and brother. In these 46 months that he has been imprisoned we have experienced many needs, much pain and we were victims of threats and extortion. We have managed to survive because God is great and loves us, but the greatest pain we carry in our hearts for the absence of my son. From the first day he was arrested, my son's collaboration and repentance has been sincere, in these 46 months it has not only been my son who has suffered and paid for his mistakes, but also me as a mother and his entire family.

**002**

May God put his blessing and wisdom in his heart and allow us after so long to hug and be by my son's side.

I thank you for your valuable attention and collaboration.

*Rosa Mery Castrillon S*
Rosa Mery Castrillon
Cc 32.478.851      32478851

# Pages 3-6 Filed Under Seal

Medellin, December 2022

Honorable Judge GONZALO P. CURIEL

Best regard

I, Irma Castrillón Patiño, identified with citizenship card No. 42.772.820 from Chinchiná Caldas, Wishing that you and your whole family are in good health, may God send his blessings on all of you.

I am the aunt of Norberto Enrique Muriel Castrillón I just turned 79 years old, this communication is to express our difficult situation. The immense sadness that we have felt during all this time, 46 months since my nephew Norberto was arrested. He is not the bad person they said he is, mistakes like any human person could have made, but I am convinced that his repentance is sincere, as he demonstrated before the agents of his country during those months of his first capture that he was cooperating, traveling and complying with the different meetings that were indicated to him, he never hid or ran away, he was always willing I know because every appointment he attended and there were several was a sad farewell for us, not knowing if he would return home or they would leave him in jail This is why I know that his willingness and repentance and cooperation to heal the damage he has caused is sincere and from the heart.

I don't have children of my own, God and life didn't give me children but God blessed me with my nephew Norberto who has taken care of my well-being all his life, from a very young age he has given me a decent roof, fed and taking care of all my needs, he especially assumed the heavy burden of my health problems, which are many. My plea is for you, Mr. Judge, with great respect, and I pray God to touch your heart so that you return my "son" to my nephew by our side, it is not just because I am his second mother or because he is my nephew, it is because She is the only person who watches over my well-being and supports not only me but everyone in this family. At my age and at the age of my sister, her mother, it is impossible to survive. We are left defenseless, we cannot work on our own and least in our state of health. My words are sincere and are accompanied by all the love I feel for my nephew because he is a good son, a good father, a good husband, a great brother and an excellent nephew. In these 46 months that he has been in prison we have suffered many needs, serious health problems and we have been victims of extortion and threats from dangerous people and all because of the bad image they showed of my nephew at the time of his capture.

I hope your honor that God fill you with benevolence, forgiveness and wisdom, allow me to have my nephew and my "son" Norberto back by my side, not only with me but with our entire family after so many months of anguish.

God bless you and I hope you forgive my nephew

*[signature]*
Irma Castrillon Patino    C 42.772.820

**007**